IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HELSON PABON GONZALEZ,

    Plaintiff,

v.

ALL C/O STAFF OF D.O.C. DEPT. OF WIS.,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-162-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

/s/                                                    12/12/2018

Peter Oppeneer, Clerk of Court                 Date